**UNITED STATES DISTRICT COURT**

**DISTRICT OF MAINE**

| | | |
|---|---|---|
| **ARRO AGRONICK,** | ) | |
| | ) | |
|       **PLAINTIFF** | ) | |
| | ) | |
| **v.** | ) | **CIVIL NO. 10-376-B-H** |
| | ) | |
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
|       **DEFENDANT** | ) | |

**ORDER AFFIRMING RECOMMENDED DECISION
OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the court on September 8, 2010, with copies to the plaintiff, her Order and Recommended Decision. The plaintiff filed an objection to the Recommended Decision on September 15, 2010. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision, and determine that no further proceeding is necessary.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. This action is **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(b)(iii).

**SO ORDERED.**

**DATED THIS 20TH DAY OF SEPTEMBER, 2010**

                                              /S/ **D. BROCK HORNBY**
                                              **D. BROCK HORNBY**
                                              **UNITED STATES DISTRICT JUDGE**